CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESTRADA,<br><br>    Plaintiff,<br><br>v.<br><br>FAMILY DOLLAR, INC., a North Carolina Corporation,<br><br>    Defendants. | **Case:** 2:21-cv-01207-JAK-AGR<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Jose Estrada, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendant Family Dollar, Inc. has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: May 12, 2021        CENTER FOR DISABILITY ACCESS

                                     By:   /s/Amanda Seabock
                                                Amanda Seabock
                                                Attorneys for Plaintiff